UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RITA AYMOND AND
JOHN R. AYMOND

VERSUS

WAL-MART STORES, INC

CIVIL ACTION

NO. 20-62-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.11) dated August 27, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (R. Doc. 7) is GRANTED, and this case is remanded back to the 19th Judicial District Court for further proceedings.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 11, 2020.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**